```
                                   United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                       Case No. 13-00728-MDF
Lisa Ann Spinnicchio                                                         Chapter 13
Charles Joseph Spinnicchio
       Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-1          User: DGeorge                 Page 1 of 3                   Date Rcvd: Jul 28, 2016
                              Form ID: ntpasnh              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2016.
db/jdb         +Lisa Ann Spinnicchio,    Charles Joseph Spinnicchio,    113 Farmington Dr,
                 Jacobus, PA 17407-1242
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E.,    Suite 500,   Atlanta, GA 30305-1636
cr             +PennyMac Loan Services, LLC,    C/O Aldridge Pite, LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E.,    Suite 500,   Altanta, GA 30305-1636
mdmmp          +Robert L Knupp,    407 North Front Street,    PO Box 630,   Harrisburg, PA 17108-0630
4261365       ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
4263939        +CAPITAL ONE AUTO FINANCE,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
4334668        +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907
4261364        +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
4261366        +Cap1/Rmstr,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
4317529         Capital One NA,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4261368        +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
4327159         Figi’s Inc.,    Attn: Recovery Operations,    PO Box 7713,   Marshfield, WI 54449-7713
4261369        +Figis Inc,    3200 S Central Ave,   Marshfield, WI 54404-0002
4334919        +HSBC Mortgage Services, Inc.,    PO Box 21188,   Eagan, MN 55121-0188
4261373        +Hfc - Usa,    Po Box 9068,   Brandon, FL 33509-9068
4261374        +Jacobus Lions Ambulance,    PO box 726,   New Cumberland, PA 17070-0726
4261375        +K. Jordan,    PO Box 2809,   Monroe, WI 53566-8009
4316020        +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #200,    MOORPARK, CA 93021-2602
4261377        +Pediatric Care of York,    2675 Joppa Road,   York, PA 17403-5160
4261378        +Pennymac Loan Services,    6101 Condor Dr,   Moorpark, CA 93021-2602
4261379        +QVC,   PO Box 1900,   West Chester, PA 19380-0146
4261380        +Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
4261381        +Seventh Avenue,    1112 7th Avenue,   Monroe, WI 53566-1364
4261382        +Shop Now,    PO box 2852,   Monroe, WI 53566-8052
4261383        +Stoneberry,    PO Box 2820,   Monroe, WI 53566-8020
4261384        +Thrift Savings Plan,    Po Box 385021,   Birmingham, AL 35238-5021
4261385        +Tnb - Target,    Po Box 673,   Minneapolis, MN 55440-0673
4261387        +Wellspan Health / York Hospital,    1001 S. George Street,   York, PA 17403-3676
4306650         eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 19:38:42
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
4283146         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2016 19:38:30
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
4261363        +E-mail/Text: AEPPcreditdept@amerimark.com Jul 28 2016 19:34:50       Amerimark Premier,
                 PO Box 2845,   Monroe, WI 53566-8045
4261367        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 28 2016 19:39:19       Capital One Auto Finan,
                 3901 Dallas Pkwy,   Plano, TX 75093-7864
4604637        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 28 2016 19:39:19
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
4273506        +E-mail/Text: bnc@bass-associates.com Jul 28 2016 19:34:06       Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
4261370        +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 19:38:39       Gecrb/Care Credit,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
4261371         E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 19:38:39       Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
4261372        +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 19:39:04       Gecrb/Sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
4313738        +E-mail/Text: bncmail@w-legal.com Jul 28 2016 19:34:38       KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4261376        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 28 2016 19:34:11       Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
4312945         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 19:38:42
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4507991         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 19:38:14
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
4507992         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 19:44:55
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
4280358        +E-mail/Text: bankruptcy@purchasingpower.com Jul 28 2016 19:34:44       Purchasing Power,
                 1375 Peachtree Street,    Suite 555,   Atlanta, GA 30309-3109
4461700         E-mail/PDF: cbp@springleaf.com Jul 28 2016 19:38:40       Springleaf Mortgage Services, Inc.,
                 as agent,   Springcastle America Funding Trust,    P.O. Box 3251,    Evansville, IN 47731-3251
4461701         E-mail/PDF: cbp@springleaf.com Jul 28 2016 19:38:12       Springleaf Mortgage Services, Inc.,
                 as agent,   Springcastle America Funding Trust,    P.O. Box 3251,    Evansville, IN 47731-3251,
                 Springleaf Mortgage Services, Inc.
```

```
District/off: 0314-1          User: DGeorge                Page 2 of 3              Date Rcvd: Jul 28, 2016
                              Form ID: ntpasnh             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4273072        +E-mail/Text: bncmail@w-legal.com Jul 28 2016 19:34:36      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4282804        +E-mail/Text: bncmail@w-legal.com Jul 28 2016 19:34:36      TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4261386        +E-mail/Text: fhbankruptcy@bluestembrands.com Jul 28 2016 19:34:47       Webbnk/Fhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
4294448        +E-mail/Text: kcm@yatb.com Jul 28 2016 19:34:07      YORK ADAMS TAX BUREAU,    PO BOX 15627,
                 YORK PA 17405-0156
4261388        +E-mail/Text: kcm@yatb.com Jul 28 2016 19:34:07      York Adams Tax Bureau,    1405 N. Duke Street,
                 PO Box 15627,    York, PA 17405-0156
4492141        +E-mail/Text: bnc@bass-associates.com Jul 28 2016 19:34:06      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083,
                 eCAST Settlement Corporation,    c/o Bass & Associates, P.C.
4492140        +E-mail/Text: bnc@bass-associates.com Jul 28 2016 19:34:06      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4266783         PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,    REMOVED PER ENTRY #136
cr*            +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr*            +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*            +TD Bank, USA, N.A.,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*             eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262
4284683       ##+Buckley Madole, P.C.,   9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                               TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Capital One Auto Finance ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Lisa Ann Spinnicchio dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Dawn Marie Cutaia    on behalf of Joint Debtor Charles Joseph Spinnicchio dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Jill Manuel-Coughlin    on behalf of Creditor    Pennymac Holdings, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC, ITS SERVICING AGENT jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I Goldman    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    American General Mortgage Loan Trust 2009-1 by
               PennyMac Loan Services LLC bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    Capital One Auto Finance ecfmail@mwc-law.com
```

```
District/off: 0314-1                  User: DGeorge                Page 3 of 3                  Date Rcvd: Jul 28, 2016
                                      Form ID: ntpasnh             Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Martin A Mooney    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
          tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William Edward Miller    on behalf of Creditor    PennyMac Loan Services, LLC
          wmiller@sterneisenberg.com,  nmiller@sterneisenberg.com
                                                                            TOTAL: 13

ntpasnh(10/11)

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lisa Ann Spinnicchio
Charles Joseph Spinnicchio
**Debtor(s)**

Chapter: 13

Case number: 1:13−bk−00728−MDF

Document Number: 138

Matter: Motion to Approve Final Mortgage Modification

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **August 14, 2016**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DGeorge |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 28, 2016 |