IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

IN RE: LISA ANN SPINNICCHIO : Chapter: 13
       CHARLES JOSEPH SPINNICCHIO :
:
:
: CASE NO: 1:13-00728-MDF
:

**NOTICE OF ADDRESS CHANGE**

eCAST Settlement Corporation hereby changes its address for its claim number 12, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL RD, SUITE 200
    TUCSON, AZ 85712

New Address for Notices and Payments:

    eCAST Settlement Corporation
    PO Box 28136
    New York, NY 10087-8136
    610-228-2570
    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator
    Becket & Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

DATE: 8/9/2016