In re:  Case No. 13-00728-MDF
Lisa Ann Spinnicchio  Chapter 13
Charles Joseph Spinnicchio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1   User: CGambini   Page 1 of 1   Date Rcvd: Aug 16, 2016
                       Form ID: pdf010  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
              +Pennymac Loan Services LLC,   c/o First American Document Solutions,   450 East Boundary Street,
                Chapin, SC 29036-9417
4316020       +PENNYMAC LOAN SERVICES, LLC,   6101 CONDOR DRIVE SUITE #200,   MOORPARK, CA 93021-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Capital One Auto Finance ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Lisa Ann Spinnicchio dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Dawn Marie Cutaia    on behalf of Joint Debtor Charles Joseph Spinnicchio dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Jill  Manuel-Coughlin    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC, ITS SERVICING AGENT jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor    Pennymac Holdings, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I Goldman    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    American General Mortgage Loan Trust 2009-1 by
               PennyMac Loan Services LLC bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    Capital One Auto Finance ecfmail@mwc-law.com
              Martin A Mooney    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    PennyMac Loan Services, LLC
               wmiller@sterneisenberg.com,  nmiller@sterneisenberg.com
                                                                                               TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA ANN SPINNICCHIO<br>CHARLES JOSEPH SPINNICCHIO<br>        DEBTORS<br><br>LISA ANN SPINNICCHIO<br><br>        MOVANTS | Chapter 13<br><br>1:13-bk-00728-MDF<br><br>Motion to Approve Mortgage Loan Modification |

**ORDER**

Upon consideration of the Debtors' Motion to Approve Loan Modification, said Motion is hereby GRANTED.

By the Court,

*Mary D France*
Bankruptcy Judge
(JK)

Dated: August 16, 2016