# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**:<br>Lisa Ann Spinnicchio<br><br>**Debtor(s)**<br><br>PENNYMAC HOLDINGS, LLC , C/O<br>PENNYMAC LOAN SERVICES, LLC<br>**Movant**<br>v.<br>Lisa Ann Spinnicchio<br>Charles J. DeHart, III, Esq., Trustee<br>**Debtors/Respondents** | **CHAPTER 13**<br><br>**CASE NO.** 13-00728 MDF<br><br>**Nature of Proceeding:**<br><br>**Pleading:** Motion for Relief from Stay<br><br>**Document #:** 12 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

✓ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
☐ Thirty (30) days.
✓ Forty-five (45) days.
☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

POWERS KIRN & ASSOCIATES, LLC

Dated: February 10, 2017     /s/ Jill Manuel-Coughlin, Esquire
                             Jill Manuel-Coughlin, Esquire
                             Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.