# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**LISA ANN SPINNICCHIO**
**CHARLES JOSEPH SPINNICCHIO,**

    Debtor(s)

**PENNYMAC HOLDINGS, LLC,**
c/o Pennymac Loan Services, LLC,

    Movant(s)
    vs.

**LISA ANN SPINNICCHIO**
**CHARLES JOSEPH SPINNICCHIO and**
**CHARLES J. DEHART, III, ESQUIRE**
**(TRUSTEE),**

    Respondent(s)

| | |
|---|---|
| Chapter | 13 |
| Case Number: | 1:13-bk-00728-MDF |
| Document No.: | 145 |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by March 27, 2017, the Court may deny this Motion without further notice.

FURTHER ORDERED that the hearing previously scheduled on the Motion for Relief from Automatic Stay for February 14, 2017, is hereby CANCELLED.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: February 13, 2017