16-0892
POWERS KIRN & ASSOCIATES, LLC
BY: Jill Manuel-Coughlin, Esquire
ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lisa Ann Spinnicchio<br><div align="right">Debtor</div>  | 13-00728 MDF<br><br>Chapter 13 Proceeding |
| PENNYMAC HOLDINGS, LLC , C/O PENNYMAC LOAN SERVICES, LLC<br><div align="right">Movant</div>v.<br>Lisa Ann Spinnicchio<br>Charles J. Spinnicchio, III (CoDebtor)<br>and<br>Charles J. DeHart, III, Esquire<br><div align="right">Respondents</div> | |

## CERTIFICATION OF CONSENT

JILL MANUEL-COUGHLIN, counsel for PENNYMAC HOLDINGS, LLC , C/O PENNYMAC LOAN SERVICES, LLC, hereby certifies that consent to Withdraw the Motion for Relief has been received from debtor's counsel, Dawn Marie Cutaia, Esquire.

Date: March 15, 2017

**/s/ Jill Manuel-Coughlin, Esquire**
Jill Manuel-Coughlin, Esquire
Powers Kirn & Associates, LLC
Eight Neshaminy Interplex, Ste 215
Trevose, PA  19053
215-942-2090