17-0127

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael Robinson<br>      Debtor<br>BANK OF AMERICA, N.A.<br>      Movant<br>v.<br>Michael Robinson and<br>Charles J. DeHart, III, Esquire<br>      Respondents | 17-00159 JJT<br><br>Chapter 13 Proceeding<br><br>Related to Claim #: 19 |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE COURT:

  Movant, BANK OF AMERICA, N.A., respectfully withdraws its Proof of Claim, which was filed on 3/13/2017, in case #13-00728 RNO in error.

           POWERS KIRN & ASSOCIATES, LLC

           By: **/s/ Jill Manuel-Coughlin, Esquire**
           Attorney ID# 63252
           Eight Neshaminy Interplex, Suite 215
           Trevose, PA 19053
           Telephone: 215-942-2090
           E-mail: Jill@pkjllc.com
           Attorney for Movant

Dated: March 17, 2017

17-0127

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael Robinson<br><br>         Debtor<br>BANK OF AMERICA, N.A.<br>         Movant<br>v.<br>Michael Robinson and<br>Charles J. DeHart, III, Esquire<br>         Respondents | 17-00159 JJT<br><br>Chapter 13 Proceeding<br><br>Related to Claim #: 19 |

**CERTIFICATION OF SERVICE OF
PRAECIPE TO WITHDRAW**

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on March 17, 2017:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

Paul W. McElrath, Esquire       Charles J. DeHart, III, Esquire
432 Boulevard of the Allies      8125 Adams Drive, Suite A
Pittsburgh, PA  15219      Hummelstown PA  17036
Attorney for Debtor      Trustee

**Parties Serviced via First Class Mail:**

Michael Robinson
25 South Montour Street
Montoursville PA  17754
Debtor

        POWERS KIRN & ASSOCIATES, LLC

        By:  **/s/  Jill Manuel-Coughlin, Esquire**
        Attorney ID# 63252
        Eight Neshaminy Interplex, Suite 215
        Trevose, PA 19053
        Telephone: 215-942-2090
        E-mail: Jill@pkjllc.com
        Attorney for Movant