```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 13-00728-RNO
Lisa Ann Spinnicchio                                      Chapter 13
Charles Joseph Spinnicchio
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr           Page 1 of 1              Date Rcvd: Mar 15, 2017
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
db/jdb         +Lisa Ann Spinnicchio,   Charles Joseph Spinnicchio,   113 Farmington Dr,
                 Jacobus, PA 17407-1242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Capital One Auto Finance ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Lisa Ann Spinnicchio dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Dawn Marie Cutaia    on behalf of Joint Debtor Charles Joseph Spinnicchio dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Jill  Manuel-Coughlin    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC, ITS SERVICING AGENT jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor   PennyMac Holdings, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor   Pennymac Holdings, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I Goldman    on behalf of Creditor   PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   American General Mortgage Loan Trust 2009-1 by
               PennyMac Loan Services LLC bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor   Capital One Auto Finance ecfmail@mwc-law.com
              Martin A Mooney    on behalf of Creditor   Capital One Auto Finance tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor   PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
               ITS SERVICING AGENT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   PennyMac Loan Services, LLC
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LISA ANN SPINNICCHIO

    Debtor(s)

PENNYMAC HOLDINGS, LLC , C/O PENNYMAC LOAN SERVICES, LLC

    Movant(s)

vs.

LISA ANN SPINNICCHIO AND CHARLES J. DEHART, III, ESQUIRE

    Respondent(s)

Chapter: 13

Case Number: 13-00728 RNO

Document No.: 145

Nature of Proceeding: **Withdrawal of Motion for Relief**

# ORDER

    **ORDERED** that the Withdrawal filed March 13, 2017 regarding the above-referenced matter is APPROVED.

Dated: March 15, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)