```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 13-00728-RNO
Lisa Ann Spinnicchio                                                Chapter 13
Charles Joseph Spinnicchio
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: May 22, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
4316020        +PENNYMAC LOAN SERVICES, LLC,   6101 CONDOR DRIVE SUITE #200,   MOORPARK, CA 93021-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Capital One Auto Finance ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Lisa Ann Spinnicchio dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Charles Joseph Spinnicchio dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Harry B Reese    on behalf of Creditor   PennyMac Loan Services, LLC harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor   PennyMac Holdings, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor   Pennymac Holdings, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor   PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC, ITS SERVICING AGENT jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Joshua I Goldman    on behalf of Creditor   PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   American General Mortgage Loan Trust 2009-1 by
               PennyMac Loan Services LLC bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor   Capital One Auto Finance ecfmail@mwc-law.com
              Martin A Mooney    on behalf of Creditor   Capital One Auto Finance ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor   PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC,
               ITS SERVICING AGENT tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   PennyMac Loan Services, LLC
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 17

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-00728-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Lisa Ann Spinnicchio
113 Farmington Dr
Jacobus PA 17407

Charles Joseph Spinnicchio
113 Farmington Dr
Jacobus PA 17407

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/21/2018.

Name and Address of Alleged Transferor(s):

Claim No. 8: PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021

Name and Address of Transferee:

Citibank, N.A.
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Citibank, N.A.
Fay Servicing, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/18

Terrence S. Miller
**CLERK OF THE COURT**