United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Lisa Ann Spinnicchio  
Charles Joseph Spinnicchio  
    Debtors

Case No. 13-00728-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: LyndseyPr     Page 1 of 1     Date Rcvd: Jul 16, 2018  
                    Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.  
db/jdb      +Lisa Ann Spinnicchio,    Charles Joseph Spinnicchio,    113 Farmington Dr,    Jacobus, PA 17407-1242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:

       Ann E. Swartz    on behalf of Creditor    Capital One Auto Finance ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com  
       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
       Dawn Marie Cutaia    on behalf of Debtor 1 Lisa Ann Spinnicchio dmcutaia@gmail.com, cutaialawecf@gmail.com;r46159@notify.bestcase.com  
       Dawn Marie Cutaia    on behalf of Debtor 2 Charles Joseph Spinnicchio dmcutaia@gmail.com, cutaialawecf@gmail.com;r46159@notify.bestcase.com  
       Harry B Reese    on behalf of Creditor    PennyMac Loan Services, LLC harry.reese@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com  
       Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Holdings, LLC jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
       Jill Manuel-Coughlin    on behalf of Creditor    Pennymac Holdings, LLC jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
       Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
       Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
       Joshua I Goldman    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Joshua I Goldman    on behalf of Creditor    American General Mortgage Loan Trust 2009-1 by PennyMac Loan Services LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin T McQuail    on behalf of Creditor    Capital One Auto Finance ecfmail@mwc-law.com  
       Martin A Mooney    on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com, kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com  
       Thomas I Puleo    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
       William Edward Miller    on behalf of Creditor    PennyMac Loan Services, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                   TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lisa Ann Spinnicchio,<br>**Debtor 1**<br>Charles Joseph Spinnicchio,<br>**Debtor 2** | Chapter  13<br><br>Case No.  1:13−bk−00728−RNO |

Social Security No.:
    xxx−xx−6074    xxx−xx−1797

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 16, 2018

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)